IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| DARIUS LESTER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 125-058 |
| ) | |
| GINO BRANTLEY; CAPTAIN DANIELS; ) | |
| CAPTAIN HARRELL; DETRA WILLIS; ) | |
| CORPORAL ELLISON; CORPORAL ) | |
| SEYMORE; SARGENT STERNS; ) | |
| INVESTIGATOR GRAHAM; DEPUTY ) | |
| THOMAS; DEPUTY SEERS; DEPUTY ) | |
| PRESCOTT; DEPUTY GIST; DEPUTY ) | |
| BUSBY; CORPORAL DELAGO; DEPUTY ) | |
| BRINSON; DEPUTY BLASTINGGAME; ) | |
| DEPUTY GILMORE; DOCTOR CROSBY; ) | |
| DOCTOR CARSON; NURSE BAKER; ) | |
| NURSE MCKAZ; NURSE CLARK; ) | |
| NURSE ROGERS; NURSE PERLEY; ) | |
| DEPUTY JOHN DOE ONE; DEPUTY JOHN ) | |
| DOE TWO; DEPUTY JOHN DOE THREE; ) | |
| DEPUTY JANE DOE ONE; DEPUTY ) | |
| SMILEY; DEPUTY CARLEE; ) | |
| LIEUTENANT JENKINS; and DEPUTY ) | |
| PERISH; ) | |
| ) | |
| Defendants ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 14th day of July, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA